**KLINGEMAN CERIMELE, ATTORNEYS**
Ernesto Cerimele, Esq.
100 Southgate Parkway, Suite 150
Morristown, New Jersey
Newark, New Jersey 07960
(908) 922-9630
Attorneys for Defendant Edward Austeri

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 23-580 (BRM) |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | **ORDER** |
| EDWARD AUSTERI, : | |
| : | |
| Defendant. : | |

     **THIS MATTER** having been opened to the Court by Klingeman Cerimele, Attorneys, stand-by counsel for Defendant Edward Austeri (Ernesto Cerimele, Esq. appearing), and the Government having no objection to this application;  and for good cause, it appearing that:

1. Defendant is currently detained at the Essex County Correctional Facility in Newark, New Jersey;

2. Defendant has been diagnosed with depression, anxiety and other mental health disorders;

3. Defendant has requested, but has not received, mental health treatment on an ongoing basis at the Essex County Correctional Facility;

4. Defendant is in need of weekly mental health therapy from a licensed professional.

WHEREFORE, IT IS on this _3rd_ day of April 2024,

ORDERED that Defendant shall be provided with mental health therapy from a licensed mental health professional no fewer than 1-2 times/week; and it is further

ORDERED that the clerk of the Court shall serve a copy of this Order on the Essex County Correctional Facility and Warden by regular mail.

Honorable Brian Martinotti
United States District Judge